| Date | Pleading Number | |
|---|---|---|
| 5/16/75 | 1 | MOTION & SUPPORTING BRIEF -- Pltfs. Maureen H. Keating, Marianne Schroeder William Lawrence Zinke, et al. -- w/affidavit of Gerald C. Sterns, Esquire, Schedule A and certificate of service |
| | | REQUESTED TRANSFEREE FORUM:  N.D. California |
| 5/27/75 | 2 | MOTION, BRIEF -- plaintiffs Slater, Reymond, Campling and Wolcott Schedule A, and Certificate of Service |
| | | REQUESTED TRANSFEREE FORUM -- S.D. New York |
| 5/29/75 | 3 | RESPONSE -- XXXXXXXXXXXXX Collins Radio Co., Borg Warner Corp. Northrop Corp. w/cert. of service |
| 5/30/75 | 4 | RESPONSE -- PAUL A. EISLER w/cert. of service |
| 6/2/75 | 5 | RESPONSE -- PAN AMERICAN WORLD AIRWAYS w/cert of service |
| 6/2/75 | 6 | RESPONSE -- NEW YORK PLAINTIFFS w/cert. of service |
| 6/2/75 | 7 | RESPONSE -- PLAINTIFF CAUSEY w/cert. of service |
| 6/3/75 | 8 | RESPONSE -- BOEING CO. w/cert of service |
| 6/3/75 | | APPEARANCES -- Pltfs. Wolcott, et al. and Slater, et al.; Pltf. Catchlove Pltf. Causey; Pltf. Travelers Ins. Co.; Pltfs. Eisler & Demanes; Pltfs. Keating; Pltfs. Marianne Schroeder, et al. and Bank of America, NT&SA and Marianne D. Schroeder (Defendants); Pltfs. Lee B. Zinke (and Defendant) and Pan American World Airways, Inc. (Defendant); Boeing Company (Defendant)(Duplicate); Collins Radio Co. (Def.) Borg-Warner Corp. (Def.); and Northrpp Corp. (Def.); (Duplicate app. for Collins) |
| 6/5/75 | | HEARING ORDER -- June 27, 1975, Denver, Colorado Setting A-1 through A-14 -- Motions to transfer actions. |
| 6/6/75 | | APPEARANCES -- pltf. Hamilton Lister Cathclove, etc. |
| 6/20/75 | 8 | RESPONSE --SUPPLEMENTAL -- Wolcott w/cert.of service |
| 7/1/75 | | WAIVER OF ORAL ARGUMENT -- Walter E. Rutherford for defendants Pan American World Airways, Inc., Lee B. Zinke,, BankAmerica and Maryanne Schroeder |
| 7/1/75 | | APPEARANCE -- Lewis J. Yapp for Paul A. Eisler (Susan Schenck Wolfe) |
| 9/18/75 | | CONSENT OF TRANSFEREE COURT -- For Judge David W. Williams to handle litigation in C.D. California |
| 9/18/75 | | OPINION AND ORDER transferring A-1 through A-14 to the C.D. California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 9/29/75 | 9 | MOTION & BRIEF FOR RECONSIDERATION OF PANEL'S OPINION AND ORDER FILED SEP. 18, 1975, Counsel for Plaintiffs Wolcott, et al., w/cert of service |
| 9/29/75 | 10 | RESPONSE         FOR RECONSIDERATION OF PANEL'S OPINION AND ORDER FILED SEP. 18, 1975, Counsel for defendant Pan American WorldAirways    w/cert of service |
| 10/6/75 | 11 | RESPONSE TO MOTION FOR RECONSIDERATION -- COLLINS RADIO CO., BORG WARNER CORP., NORTHROP CORP. w/cert. of service |
| 10/9/75 | | HEARING ORDER setting Motion for Reconsideration for oral hearing October 29, 1975, Orlando, Florida |
| 10/9/75 | 12 | RESPONSE TO RECONSIDERATION MOTION -- Pltfs. Demanes & Eisler w/service |
| 10/15/75 | 13 | MOTION AND BRIEF -- PLAINTIFFS ZINKE, SCHROEDER AND KEATING to Separate and Remand certain actions to the N.D. Calif. |
| 10/15/75 | 14 | RESPONSE TO RECONSIDERATION MOTION -- PLAINTIFFS ZINKE, SCHROEDER AND KEATING w/cert. of service |
| 10/17/75 | | AMENDMENT TO HEARING ORDER to include motion of Zinke and Schroeder to remand certain actions to the N.D. California |

| Date | Pleading Number | |
|------|-----------------|---|
| 10/21/75 | 15 | RESPONSE -- BOEING CO. w/cert. of service |
| 11/11/75 | | ORDER -- DENYING MOTION FOR CHANGE OF TRANSFEREE DISTRICT AND DENYING MOTION FOR SEPARATION AND REMAND OF CERTAIN CLAIMS. Notified transferee judge, clerk and involved counsel. |
| 11/14/75 | | Gloria A. Lloyd, etc. v. Bank of America, N.T. & S.A., N.D. Cal, C-75-1624-SW |
| | | H.L. Catchlove v. Bank of America N.T. & S.A., N.D.Cal., C75-1625-SW |
| | | Gary Kessanis, etc. et al. v. PanAm., S.D.N.Y. 75 Civ. 5029 |
| | | CTOs filed today. Notified counsel, involved judges. |
| 12/1/75 | | Gloria A. Lloyd v. Bank of America, N.D. Calif., C75-1624 |
| | | H. L. Catchlove v. Bank of America , N.D. Cal, C75-1625 |
| | | Gary Kessanis, et al. v. Pan Am, S.D.N.Y., 75 Civ. 5029 |
| | | CTOs final today. Notified clerks, involved judges |
| 1/6/76 | | NESTAREYMOND, ET AL. V. DONALD ZINKE, ETAL., S.D.N.Y., 75 Civ. 6346 |
| | | ALICE E. WOLCOTT, ET AL. V. DONALD B. ZINKE, S.D.N.Y., 75 Civ. 6347 |
| | | CTO filed today. Notified counsel, involved judges |
| 1/21/76 | | NESTA RAYMOND V. DONALD ZINKE, ET AL., S.D.N.Y., 75 Civ. 6346 |
| | | ALICE E. WOLCOTT, ET AL. V. DONALD B. ZINKE, S.D.N.Y., 75 Civ. 6347 |
| | | CTOs final today. Notified clerks, involved judges |
| 4/7/76 | | DISTRICT , NORTHERN DISTRICT OF CALIFORNIA |
| | | Simone Ryder, et c. v. Bank of America National Trust & Savings Association et al, Civil Action No. CV-75-2710-SC |
| | | Leslie Gander, etc. v. Bank of America National Trust & Savings Association et al, Civil Action No. CV-75-2713-GBH |
| | | CTOs final today. Notified clerks, involved judges |
| 5/22/76 | | CTOs FINAL TODAY-- (B-6) Ryder v. Bank of America NT&SA, N.D. Cal., C75-2710-SC |
| | | (B-7) Gander v. Bank of America NT&SA, N.D. Cal. C75-2713-GBH |
| | | Notified clerks and involved judges. |

DOCKET NO. ___215___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| Description of Litigation |
|---|

IN RE AIR CRASH DISASTER AT BALI, INDONESIA, ON APRIL 22, 1974

| Summary of Panel Action |
|---|

Date(s) of Hearing(s)  6/27/75

Date(s) of Opinion(s) or Order(s)  9/18/75

Consolidation Ordered  xx        Name of Transferee Judge    DAVID W. WILLIAMS

Consolidation Denied  ____       Transferee District    CENTRAL DISTRICT OF CALIFORNIA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John Paul Causey, Jr., etc. v. Pan American World Airways, Inc., | E.D.Va. Merhige | 428 74-609 | 9/18/75 | CV75-3222 DWW | 4/3/79 | |
| A-2 | Travelers Insurance Co. v. Collins Radio Co., et al. | N.D.Cal. Harris | 75-771-GBH | 9/18/75 | CV75-3224 | 3/12/79 | pending |
| A-3 | Paul A. Eisler,etc. v. Pan American World Airways, Inc., et al. | N.D.Cal. Weigel | 75-772-SAW | 9/18/75 | CV75-3225 | 4/3/79 | |
| A-4 | Maureen Keating, et al. v. The Boeing Co., et al. | N.D.Cal. Burke | 75-785-LHB | 9/18/75 | CV75-3226 | 3/12/79 | |
| A-5 | William Lawrence Zinke, et al. v. Collins Radio, Co., et al. | N.D.Cal. Wollenberg | 75-779-ACW | 9/18/75 | CV75-3227 | 3/12/79 | |
| A-6 | Marianne Schroeder, -t al. v. Clllins Radio Co., et al. | N.D.Cal. Orrick | 75-564-WHO | 9/18/75 | CV75-3228 | 3/12/79 | |
| A-7 | Alice F. Wolcott, et al. v. Pan American World Airways, Inc., et al. | S.D.N.Y. | C-75-553 75 ch 17091 | 9/18/75 | CV75-3223 | 10/11/78 | |
| A-8 | John P. Causey, Jr., etc. v. Lee B. Zinke, et al. | C.D.Cal. | C-75-1364-DWW | 9/18/75 | | Closed 5/26/87 11/22/78 | Reop. 8/5/83 |

DOCKET NO. 215   (CONTINUED)                    PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | HamiltonLister Catchlove, et al. v. Pan American World Airways | C.D.Cal Williams | CV75-1184- | | | 5/11/77 | |
| A-10 | Floyd A. Demanes, etc. v. Pan American World Airways, Inc., et al. | C.D.Cal. MML | CV 74-3662- | DISM | | 2/27/77 | |
| A-11 | Paul A. Eisler, Etc. v. Pan American World Airways, Inc., et al. | C.D.Cal. | CV-75-553-MML | Dism. | | 2/27/77 | |
| A-12 | Ni Ketut Campling, et al. v. Lee B. Zinke, et al. | C.D.Cal DWW | CV-75-1349 | | | 9/26/75 | |
| A-13 | Beryl W. Slater, et al. v. Lee B. Zinke, et al. | C.D.Cal DWW | CV 75-1339 | | | 10/16/78 | |
| A-14 | Nesta Reymond, et al. v. Lee B. Zinke, et al. | C.D.Cal | CV75-1370 | | | 7/59/78 | |
| XYZ-1 | Gloria Lloyd v. Pan American World Airways, Inc. | C.D.Cal | 1287-DWW | DISM | | 7/5/77 | |
| XYZ-2 | Simone Ryder, etc. v. Pan Am. | C.D.Calif | 75-3293-DWW | | | 11/22/78 | |
| XYZ-3 | Leslie Gander, etc. v. PanAm. | C.D. Ca | 75-3294-DWW | | | 5/11/77 | |
| B-1 | Gloria A. Lloyd, etc. v. Bank of America, N.T. & S.A., et al. 11/14/75 | N.D.Cal | C75-1624-SW | DISM 12/1/75 | CV75-4068-DWW 73 | 7/8/77 | |
| XYZ-4 | Gary W. Hedge, etc. v. Lee B. Zinke, et al. | C.D.Cal. | 1365-DWW | dism | | 6/14/77 | |
| XYZ-5 | John P. Causey, Jr., etc. v. World Wide Wilcox, etc. | C.D.Cal | 75-1384-DWW | | | 8/16/78 | |

DOCKET NO. 215 (CONTINUED)                                   PAGE 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-2 | Hamilton L. Catchlove, etc. v. Bank of America National Trust & Savings Assn., et al. 11/14/75 | N.D.Cal | C75-1625-SW | 12/1/75 | CV75-4069-DWW | 5/4/77 | |
| B-3 | Gary Kessanis, etc. v. Pan American World Airways, Inc., et al. 11/14/75 | S.D.N.Y. Pollack | 75 Civ. 5029 | 12/1/75 | CV75-4078 | 4/3/79 | |
| B-4 | Nesta Reymond, et al, v. Donald B. Zinke, et al. 1/6/76 | S.D.N.Y. Werker | 75 Civ. 6346 | 1/21/76 | CV76-328-DWW | 9/69/78 | |
| B-5 | Alice E. Wolcott, et al. v. Donald B. Zinke, et al. 1/6/76 | S.D.N.Y. Duffy | 75 Civ. 6347 | 1/21/76 | CV76-329-DWW | 10/N/74 | |
| B-6 | Leslie Gander v. Bank of America National Trust & Savings Asst. et al | N.D. Cal. Harris | 75-2713 | 4/22/74 | CV76-1351-DWW | 5/4/77 | |
| B-7 | Simone Ryder v. Bank of America National Trust & Savings Asst. | N.D. Cal. Conti | 75-2710 | 4/22/74 | CV76-1350-DWW | 4/3/79 | |
| XYZ-6 | Margaret G. Johns, etc. v. Lee B. N. Zinke, et al. | C.Cal. 76-1120 | | | | 11/22/78 | |

July 1978 — 14 TR/13 XY2/10 DIS/10 Pdg.
July 1979 — Closed

p. __1__

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. _215_ -- __IN RE AIR CRASH DISASTER AT BALI, INDONESIA,__

ON APRIL 22, 1974

---

JOHN P. CAUSEY, JR., ETC. (A-1 & A-8)
Richard H. Jones, Esq.
Lewis, Wilson, Cowles, Lewis and Jones
2054 N. 14th Street
Arlington, Virginia  22216

TRAVELERS INSURANCE CO. (A-2)
Michael G. Lowe, Esquire
Hanna, Brophy, MacLean, McAleer & Jensen
215 Market St., 16th Floor
San Francisco, California  94105

PAUL A. EISLER  (EDWARD WOLFE) A-11
FLOYD A. DEMANES, ETC. (A-10)
Floyd A. Demanes, Esquire
Law Offices of Floyd A. Demanes
1860 El Camino Real, Penthouse
Burlingame, California  94010

MARIANNE D. SCHROEDER (A-6)
MAUREEN H. KEATING, ET AL. (A-4)
Gerald C. Sterns, Esquire
Walkup, Downing & Sterns
650 California Street
San Francisco, California  94108

ALICE E. WOLCOTT, ET AL. (A-7)
BERYL W. SLATER, ET AL. (A-13)
Milton G. Sincoff, Esquire
Kreindler & Kreindler
99 Park Avenue
New York, New York  10016

HAMILTON LISTER CATCHLOVE, ET AL. (A-9)
James M. Jefferson, Jr., Esquire
Butler, Jefferson & Fry
626 Wilshire Blvd., Suite 914
Los Angeles, California  90017

NI KETUT CAMPLING, ET AL. (A-12)
NESTA RAYMOND, ET AL. (A-14)
Wm. Marshall Morgan, Esquire
Morgan, Wenzel & McNicholas
1545 Wilshire Boulevard
Los Angeles, California  90017

WILLIAM LAWRENCE ZINKE, ET AL.
   (A-5 & Defendant)
PAN AMERICAN WORLD AIRWAYS, INC.
Walter E. Rutherford, Esquire
One State Street Plaza
New York, New York  10004

MARIANNE SCHROEDER AND BANK OF AMERICA,
  NT&SA, AS EXECUTORS OF ESTATE OF
  JOHN D. SCHROEDER, JR., DECEASED
Robert W. Naylor, Esquire
Pillsbury, Madison & Sutro
225 Bush Street
San Francisco, California  94104

THE BOEING COMPANY
Keith Gerrard, Esquire
Perkins, Coie, Stone, Olsen & Williams
1900 Washington Building
Seattle, Washington  98101

COLLINS RADIO COMPANY
BORG-WARNER CORPORATION
NORTHROP CORPORATION
James M. FitzSimons, Esquire
Mendes & Mount
27 William Street
New York, New York  10005

p. _____

| Plaintiff | Defendant |
|---|---|
| PAUL EISLER (SUSAN SCHENCK WOLFE) A-3<br>   Lewis J. Yapp, Esquire<br>   907 Fox Plaza<br>   1390 Market Street<br>   San Francisco, California   94102<br><br>GLORIA A. LLOYD (SAME AS A-9) B-1<br>    James Jefferson, Esq.<br><br>HAMILTON CATCHLOVE (SAME AS A-9) B-2<br>    James Jefferson, Esq.<br><br>GARY KESSANIS, ETC. (SAME AS A-7) B-3<br>    Milton G. Sincoff, Esquire<br><br>NESTA REYMOND, ET AL. (B-4)<br>ALICE E. WOLCOTT, ET AL. (B-5)<br>    Milton G. Sincoff, Esq.<br>    (Same as A-7)<br>Simone<br>SIMONE RYDER (SAME AS A-9_) B-7<br>    James Jefferson, Esq.<br><br>LESLIE GANDER (SAME AS A-9) B-6<br>    James Jefferson, Esq. | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___215___ -- __ IN RE AIR CRASH DISASTER AT BALI, INDONESIA, ON APRIL 22, 1974
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| PAN AMERICAN WORLD AIRWAYS_ INC. | A-1; A-3; A-8  A-9  A-10 |
| THE BOEING COMPANY | A-1; A-2; A-3; A-4; A-5; A-6  A-8  A-9 |
| COLLINS RADIO CO. | A-2; A-4; A-5; A-6  A-8 |
| BORG WARNER CO. | A-2; A-4 |
| HALLICRAFTER CO. (subsidiary of Northrop Corp) | A-2; A-4 |
| SUNDSTRAND CORP. | A-4 |
| Lee B. Zille | A-8  B-6  B-7 |
| Donald L. Zurke | A-8  B-6  B-7 |
| Bank of America N.T.+S.A. | A-8  B-6  B-7 |
| Marcaine Schroeder | A-8  B-6  B-7 |

p. _____

| | | |
|---|---|---|
| *E. Schneider, Jr.* | A-8 | |
| *Mfg. Co.* | A-8 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |